JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO AGUILAR, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL TRANSPORT LLC, a Indiana limited liability company; CENTRAL TRANSPORT INTERNATIONAL, INC., a Michigan corporation; CENTRAL TRANSPORT, an entity of unknown format; and DOES 1 through 20, inclusive<br><br>　　　　　　Defendants | Case No.: 2:20-cv-10076-CAS-MRWx<br><br>*Assigned to the Honorable Judge Christina A. Snyder*<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br><br>Action Filed: September 23, 2020<br>Removal filed:　November 2, 2020 |

## [PROPOSED] ORDER

For good cause shown and based upon the stipulation of the Parties to this action, IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice in its entirety pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A).; and all parties shall bear their own attorney's fees and costs.

DATED:  November 4, 2021

　　　　　　　　　　　　　　*/s/ Christina A. Snyder*
　　　　　　　　　　　　　　Hon. Christina A. Snyder
　　　　　　　　　　　　　　United States District Judge